CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2012 JUL 16   AM 10 52

Mr. Morris Kaplan
1246 Thornbury La # A
Manchester, NJ 08759

732-408-1205
1205

CASE #
1-08-CR-00581-001

Inmate #
28621-050
Otisville.

Dear Sir:

My name is Morris Kaplan father of Richard.

I have Power of Attorney to handle all legal matters.

Did you receive his letter? Please let me know.

Thank you.

Sincerely
Morris Kaplan



Clerk of Court
U.S. District Court of N.J.
Mitchell H. Cohen, US Court House
One Courtplace - Rm 1050
Camden, N.J. 08101-0050

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2012 JUL 16 AM 10 52

Mr. Morris Kaplan
1246 Thornbury Lot # A
Manchester, NJ 08759